IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02767-ZLW-MEH

UNITED STATES OF AMERICA,

    Petitioner,

v.

JOEL SNYDER, President, Colorado Drafting Supply, Inc.,

    Respondent.

## ORDER TO SHOW CAUSE

The United States' Motion to Vacate Status Conference and Issue Order to Show Cause [filed December 3, 2010; docket #4] is **granted** as follows. The Court, having reviewed the United States' Motion to Vacate Status Conference and Issue Show Cause Order and finding good cause for the motion, hereby:

ORDERS that the status conference set for January 7, 2011 at 9:30 a.m. is **vacated**;

ORDERS that Respondent shall appear before the District Court of the United States for the District of Colorado in that branch thereof presided over by the Honorable Magistrate Judge Michael E. Hegarty, pursuant to the Order of Reference issued November 19, 2010 [docket #2], in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, on **January 11, 2011, at 10:00 a.m.**, to show cause why Respondent should not be compelled to obey the Internal Revenue Service summons served upon Respondent on August 25, 2010;[1]

---

[1] Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.

ORDERS that a copy of this Order to Show Cause, together with the Petition to Enforce Internal Revenue Service Summons and exhibits attached thereto, be personally served upon Respondent by the United States;

ORDERS that if Respondent has any defenses to present or motions to make in opposition to the Petition, such defenses, or motions, if any, shall be made in writing and filed with the Court and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading will be considered by the Court and any uncontested allegations in the Petition may be deemed admitted.

Entered at Denver, Colorado, this 7th day of December, 2010.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge